**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | GERALDINE COLEMAN | : | Case No: 13-54109 |
| | | : | CHAPTER 13 |
| | Debtor(s) | : | Judge C KATHRYN PRESTON |

### AFFIDAVIT OF DEFAULT

I, Frank M. Pees, standing Chapter 13 Trustee, being duly sworn do hereby state the following:

(1) Debtor(s) has failed to make all the required Plan Payments since the date of the Agreed Order. As a result, Debtor(s) is now more than 30 days delinquent in plan funding.

(2) The Agreed Order entered February 18, 2016 states:
"...Debtor(s) shall resume full and regular payments into the Plan. Debtor(s) shall also cure the length problem in the Plan, if any, within sixty (60) days of the date of this Order by filing such pleadings as may be necessary, e.g. a motion to modify the Plan or objections to claims. If the Debtor(s) become more than thirty (30) days in default on any subsequent Plan payment, or if the Debtor(s) fail to correct the length problem within sixty (60) days, the Trustee shall be authorized to submit to the Court an order or dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing."

Further, affiant saith naught.

**STATE OF OHIO            )**
**COUNTY OF FRANKLIN  )   SS:**

AFFIDAVIT

(Written Signature) _Frank Pees_
(Typed of written name) Frank M. Pees

SWORN TO and subscribed in my presence this 5th day of April 2017.

(Written Signature) _Lucetta M Thomas_
(Typed of written name) Lucetta M. Thomas
Notary Public, State of Ohio
Commission Expires 09/24/2017
Recorded in Franklin County, Ohio



LUCETTA M. THOMAS
Notary Public, State of Ohio
My Commission Expires 09-24-2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:    GERALDINE COLEMAN            :    Case No: 13-54109

:    CHAPTER 13

Debtor(s)                               :    Judge C KATHRYN PRESTON

### NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on _April 5th_, 2017, a copy of the foregoing Affidavit of Default was served on the following registered ECF participants **electronically** through the court's ECF system at the email address registered with the court:

U.S. Trustee
Frank M. Pees
Michael A Cox

and on the following by **ordinary U.S. mail** address to:

Geraldine Coleman
2434 Winding Hills Ct.
Columbus, OH  43224

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee