## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | | * | Case No. 13-54109 |
| Geraldine Coleman | | | |
| | | * | Judge:  <u>PRESTON</u> |
| | Debtor | * | CH 13 |

### NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

Now comes Debtor, by and through counsel, and respectfully represents that:

1)      Debtor petitioned for relief under Chapter 13 of Title 11, United States Code on May 21, 2013 and the case was confirmed on October 9, 2013.

2)      Since the time of filing, Debtor has less income and increased expenses and cannot maintain the scheduled payments while paying her necessary expenses.

3)      Debtor is eligible to be a debtor under Chapter 7 and desires to convert this case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a).

4)      This case has not been previously converted under section 11 U.S.C. §§ 706, 1112, or 1208.

Wherefore, Debtor hereby provides notice of her voluntary conversion of her case to a case under Chapter 7 of Title 11.

Respectfully submitted,

<u>/s/ Michael A. Cox</u>
Michael A. Cox (0075218)
Attorney for Debtor
Guerrieri Cox & Associates
2500 N. High Street, Suite 100
Columbus, OH 43202
Phone: 614.267.2871
Fax:    614.267.2873
coxecf@columbusdebtrelief.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Conversion from Chapter 13 to Chapter 7 was on <u>April 13, 2017</u> upon the following parties in interest:

All ECF participants registered in this case were served electronically on the date of filing through the court's ECF System at the email address registered with the court.

Creditors and parties of interest served via U.S. Mail:

All parties on the attached mailing matrix.

<u>/s/ Michael A. Cox</u>
Michael A. Cox

Label Matrix for local noticing
0648-2
Case 2:13-bk-54109
Southern District of Ohio
Columbus
Thu Apr 13 11:18:32 EDT 2017

Always loans llc
PO Box 4058
Dublin, OH 43016-0557

Applied Bank
7272 Wisconsin Ave.
4th Floor
Bethesda, MD 20814-4862

Argosy Casino and Hotel
777 Argosy Parkway
Lawrenceburg, IN 47025-2503

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

CONSUMER PORTFOLIO SERVICES INC
PO BOX 57071
IRVINE, CA 92619-7071

Cascade Capital, LLC
Recovery Management Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Central Ohio Primary Care
P.O. Box 742518
Cincinnati, OH 45274-2518

Geraldine Coleman
2434 Winding Hills Ct.
Columbus, OH 43224-3018

Columbus Appraisal Company, llc.
PO Box 1946
Powell, OH 43065-1946

Comenity Bank/Blair
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218-2686

Mia L Conner
P.O. Box 5480
Cincinnati, OH 45201-5480

Consumer Portfolio Services
Attn:Bankruptcy
16355 Laguna Canyon Blvd.
Irvine, CA 92618-3801

Michael A Cox
2500 High Street
Suite 100
Columbus, OH 43202-2988

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434-6695

Galaxy Asset Purchasing LLC
Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Genesis Financial Solutions
PO Box 4865
Beaverton, OR 97076-4865

Brian M Gianangeli
6305 Emerald Parkway
Dublin, OH 43016-3241

Ginnys/Swiss Colony Inc
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

IQ Receivable Solutions, Inc.
PO Box 6870
Columbus, OH 43205-0870

Immediate Health Assoc.
PO Box 712570
Cincinnati, OH 45271-2570

JP Recovery Services
P.O. Box 16749
Rocky River, OH 44116-0749

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kemba Credit Union
1021 Vine St.
Cincinnati, OH 45202

Medicredit Corp.
3620 I 70 Dr. SE
Ste. C
Columbia, MO 65201-6582

Midnight Velvet
1112 7th Ave
Monroe, WI 53566-1364

Midnight Velvet
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Mina Nami Khorrami LLC
115 West Main St
Suite LL-50
Columbus, OH 43215-5099

Mount Carmel Medical Group
PO Box 951464
Cleveland, OH 44193-0016

Mt. Carmel Health
c/o Trevor J. Innocenti
117 W. Main Street, Ste 206
Lancaster, OH 43130-3799

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096


Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439-0846

Office of the Attorney General
P.O. Box 165009
Columbus, OH 43216-5009

Ohio Attorney General
Collections Enforcement, Attn:Bankruptcy
150 E. Gay St., 21st Floor
Columbus, OH 43215-3191


Ohio Bureau of Motor Vehicles
P.O. Box 16583
Columbus, OH 43216-6583

(p)OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
P O BOX 15567
COLUMBUS OH 43215-0567

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530


Ohio Job and Family Services
30 E. Broad St.
Columbus, OH 43215-3414

Ohio State Department of Taxation
Attn Bankruptcy
P.O. Box 530
Columbus, OH 43216-0530

Orchard Bank
Household Credit Services
P.O. Box 5222
Carol Stream, IL 60197-5222


Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085-2391

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Radiology Inc
PO Box 182504
Columbus, OH 43218-2504

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Richard Cordray
Franklin County Treasurer
373 S. High St., 17th Floor
Columbus, OH 43215-6306

Richland
373 S. High St.
Columbus, OH 43215-4591

Seventh Avenue
1112  7th Avenue
Monroe, WI 53566-1364


Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Source Receviables Management
3859 Battleground Ave.
Greensboro, NC 27410-9620

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949


St. Ann's Hospital
6001 East Broad Street
Columbus, OH 43213-1502

State Farm Insurance
P.O. Box 588002
North Metro, GA 30029-8002

Strip, Hooper, Leithart,McGrath,Terlecky
575 S. THird St.
Columbus, OH 43215-5755


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

Tridentasset.com
5755 Northpoint Pkway Ste.
Alpharetta, GA 30022-1142

United Collection Bureau, Inc.
5260 Southwyck Blvd., Suite 206
Toledo, OH 43614

Viking Insurance Company of Wisconsin
Serenity Group Inc
PO Box 2205
Spokane, WA 99210-2205

Wilber & Associates, P.C.
PO Box 2159
Bloomington, IL 61702-2159

Winding Hills Condo Assoc.
PO Bx 247601
Columbus, OH 43224-7601


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage, LLC
PO Box 630267
Irving, TX 75063


Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, OH 43215-0567

Portfolio Recovery Associates
140 Corporate Blvd.
Norfolk, VA 23502

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank of America, NA

(d)Consumer Portfolio Services, Inc.
PO BOX 57071
IRVINE, CA 92619-7071

(u)Ohio Department of Taxation


End of Label Matrix
Mailable recipients    62
Bypassed recipients     3
Total                  65